UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS MCLEAR
    Plaintiff

V.                                                                        CIVIL NO. 03-12342 GAO

PROVIDENT LIFE AND ACCIDENT INSURANCE CO..
UNUM PROVIDENT CORP.
IVEX PACKAGING CORP.
LONG TERM DISBILITY PLAN
    Defendants

## ORDER

## DIRECTING THE PARTIES TO FILE A STIPULATION OF DISMISSAL

March 8, 2004

ALEXANDER, M. J.

In that this Court has been advised by counsel on February 12, 2004, that the parties have reached a settlement, the parties are hereby directed to file a Stipulation of Dismissal with the Clerk's Office no later than April 8, 2004.

**SO ORDERED**.

                                                          /S/ Joyce London Alexander
                                                          United States Magistrate Judge