UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

THOMAS MCLEAR,
Plaintiff

V.

PROVIDENT LIFE AND ACCIDENT INSURANCE CO., UNUM PROVIDENT CORP., IVEX PACKAGING CORP., LONG TERM DISABILITY PLAN,
Defendants

CIVIL ACTION NO. 03-12342-GAO

## STIPULATION OF DISMISSAL

The parties to this action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that this action, including all claims and counterclaims, be dismissed, with prejudice, without costs, and all parties waiving rights of appeal.

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | Thomas McLear |
| By its attorneys, | By his attorney, |
| _____ | _____ |
| Joseph M. Hamilton, BBO #546394<br>Kristina H. Allaire, BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:  (508) 791-8502 | Mala M. Rafik<br>BBO #638075<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Ste. 410<br>Boston, MA 02108<br>Phone : (617) 723-7470<br>Fax :  (617) 227-2843 |
| Dated: | Dated: 3-8-04 |

{H:\PA\Lit\16310\00059\A0691037.DOC}

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Mala M. Rafik, Esq., Rosenfeld & Rafik, P.C., 44 School Street, Suite 410, Boston, MA 02108.

*/s/ Kristina H. Allaire*
Kristina H. Allaire, Esq.

Dated: March 23, 2004